UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANN MARIE BORGES, et al.,

    Plaintiffs,

v.

COUNTY OF MENDOCINO, et al.,

    Defendants.

Case No. 20-cv-04537-SI  (SI)

**PRETRIAL SCHEDULING AND PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 12, 2021 at 3:00 PM.
Counsel *must* file a joint case management statement by March 5, 2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  TBD

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 17, 2021.

DESIGNATION OF EXPERTS: January 14, 2022; REBUTTAL: January 28, 2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 25, 2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 4, 2022;
    Opp. Due: March 18, 2022; Reply Due: March 25, 2022;
    and set for hearing no later than April 8, 2022 at 10:00 AM.

PRETRIAL PAPERWORK due:  April 19, 2022.
PRETRIAL CONFERENCE DATE: May 3, 2022 at 3:30 PM.

JURY TRIAL DATE: May 16, 2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be DETERMINED.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: December 22, 2020

_____
SUSAN ILLSTON
United States District Judge