UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE BORGES, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF MENDOCINO,<br><br>            Defendant. | Case No. 20-cv-04537-SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant County of Mendocino. Judgment is hereby entered against plaintiffs Ann Marie Borges and Chris Gurr and in favor of defendant County of Mendocino.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 18, 2022

                                           SUSAN ILLSTON<br>                                           United States District Judge